Opinion filed November 19, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed November 19,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

 Nos. 11-09-00200-CR, 11-09-00201-CR, 11-09-00202-CR,
& 11-09-00203-CR

                                                    __________

 

                                  BIANCA RENEE PINEDA, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 244th District Court

 

                                                           Ector
County, Texas

 

                  Trial
Court Cause Nos. A-35,556, C-36,291, D-35,608, & D-35,609

 



 

                                              M E
M O R A N D U M   O P I N I O N

Bianca
Renee Pineda has filed in this court motions to dismiss each of her appeals. 
The motions are signed by both appellant and her attorney.  The motions are
granted, and the appeals are dismissed.

 

November 19, 2009                                                                 PER
CURIAM

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.